IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

115-9-13047

IN THE MATTER OF:

**MARIVETTE GONZALEZ DIAZ**

    Debtor(s)

**BANCO BILBAO VIZCAYA ARGENTARIA**

    Movant

**MARIVETTE GONZALEZ DIAZ**

    Respondent/Debtor(s)

**ALEJANDRO OLIVERAS RIVERA**

    Trustee

CASE NO. 09-02195 ESL

CHAPTER 13

## NOTICE ON MOTION FOR RELIEF OF STAY UNDER 11 USC §362

To the above named respondent(s): **ALEJANDRO OLIVERAS RIVERA, PO BOX 9024062, SAN JUAN, PR 00902-4062.**

You are hereby notified that on ___AUG - 2 2010___ the above movant filed the enclosed Motion seeking relief from the automatic stay of 11 USC §362.

Service of the motion and notice shall be made within three (3) days after issuance of the notice. A certificate of service must be filed forth-with, but not later than five (5) days after service is done. If the certificate of service is not timely filed the Court may deny the motion for failure to give notice within three (3) from issuance.

You must file an answer to the motion within fourteen (14) days from the service of this notice, and serve such answer upon movant or his attorney, **Angel M. Vázquez Bauzá, , Esq.**, whose address is **P.O. Box 191017, San Juan, PR 00919-1017**.

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER NAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

9:00 am If a timely answer is filed, then ___AUG 3 0 2010___ at _____ at the United States Bankruptcy Court, U.S. Post Office and Courthouse Bldg., 300 Recinto Sur., 2nd Floor, Courtroom 2, Old San Juan, PR, is fixed as the time and place for the hearing on such motion.

CELESTINO MATTA-MENDEZ, CLERK
United States Bankruptcy Court

By: _____
    Deputy Clerk

DATE OF ISSUANCE: ___AUG - 2 2010___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

115-9-13047

IN THE MATTER OF:

**MARIVETTE GONZALEZ DIAZ**

    Debtor(s)

**BANCO BILBAO VIZCAYA ARGENTARIA**

    Movant

**MARIVETTE GONZALEZ DIAZ**

    Respondent/Debtor(s)

**ALEJANDRO OLIVERAS RIVERA**

    Trustee

CASE NO. 09-02195 ESL

CHAPTER 13

## NOTICE ON MOTION FOR RELIEF OF STAY UNDER 11 USC §362

To the above named respondent(s): **MARIVETTE GONZALEZ DIAZ, 6TA SECCION LEVITTOWN, FK 53 MARIANO ABRIL, TOA BAJA, PR 00949.**

You are hereby notified that on ___AUG - 2 2010___ the above movant filed the enclosed Motion seeking relief from the automatic stay of 11 USC §362.

Service of the motion and notice shall be made within three (3) days after issuance of the notice. A certificate of service must be filed forth-with, but not later than five (5) days after service is done. If the certificate of service is not timely filed the Court may deny the motion for failure to give notice within three (3) from issuance.

You must file an answer to the motion within fourteen (14) days from the service of this notice, and serve such answer upon movant or his attorney, **Angel M. Vázquez Bauzá, , Esq.**, whose address is **P.O. Box 191017, San Juan, PR 00919-1017**.

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER NAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is filed, then ___AUG 30 2010___ at __9:00 AM__ at the United States Bankruptcy Court, U.S. Post Office and Courthouse Bldg., 300 Recinto Sur., 2nd Floor, Courtroom 2, Old San Juan, PR, is fixed as the time and place for the hearing on such motion.

CELESTINO MATTA-MENDEZ, CLERK
United States Bankruptcy Court

By: _____
     Deputy Clerk

AUG - 2 2010

DATE OF ISSUANCE: _____